NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE FRANK HUNTER,                    )
                                        )
        Appellant,                      )
                                        )
v.                                      )        Case No. 2D17-3962
                                        )                 2D17-3963
STATE OF FLORIDA,                       )
                                        )        CONSOLIDATED
        Appellee.                       )
_____)

Opinion filed August 16, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark R. Wolfe, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.